# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **William Sussman, Lior Alon, and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism,**<br><br>    Plaintiffs,<br><br>v.<br><br>**Massachusetts Institute of Technology and Michael DeGraff,**<br><br>    Defendants. | Case No. 25-CV-11826-RGS |

## DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Massachusetts Institute of Technology ("MIT") respectfully moves this Court for an order extending MIT's deadline to respond to the Complaint.

Plaintiffs William Sussman, Lior Alon, and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism ("Plaintiffs") filed their Complaint on June 25, 2025. *See* ECF No. 1. MIT requested and Plaintiffs do not oppose an extension through and including August 18, 2025, to file MIT's responsive pleading. The purpose of the extension request is to allow MIT's undersigned counsel, which was recently retained for this matter, to analyze the allegations and claims in the Complaint and prepare a responsive pleading or motion.

Dated: July 17, 2025

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*/s/ Shoba Pillay*
Shoba Pillay (BBO No. 659739)
SPillay@jenner.com
312.222-9350
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654

Ishan K. Bhabha (*pro hac vice forthcoming*)
IBhabha@jenner.com
202.637.6327
Lauren J. Hartz (*pro hac vice forthcoming*)
LHartz@jenner.com
202.637.6363
JENNER & BLOCK LLP
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Defendant has conferred with counsel for Plaintiffs concerning the subject matter of this Motion.

*/s/ Shoba Pillay*
Shoba Pillay

## CERTIFICATE OF SERVICE

I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 17, 2025.

*/s/ Shoba Pillay*
Shoba Pillay