IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SUSSMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*,<br><br>    Defendants. | Case No. 25-cv-11826-RGS |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5(a), please enter the appearance of Shoba Pillay of Jenner & Block LLP, 353 N Clark Street, Chicago, IL 60654, as counsel of record for Defendant Massachusetts Institute of Technology in the above-captioned action.

Dated: July 18, 2025

                                       Respectfully submitted,

                                       MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

                                       */s/ Shoba Pillay*
                                       Shoba Pillay, BBO No. 659739
                                       JENNER & BLOCK LLP
                                       353 N Clark Street
                                       Chicago, IL 60654
                                       Tel: (312) 222-9350
                                       SPillay@jenner.com

## CERTIFICATE OF SERVICE

I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2025.

*/s/ Shoba Pillay*
Shoba Pillay