IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SUSSMAN, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*,<br><br>      Defendants. | Case No. 25-cv-11826-RGS |

**UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF ISHAN K. BHABHA**

Now comes Shoba Pillay, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Ishan K. Bhabha as counsel for Defendant Massachusetts Institute of Technology.

Mr. Bhabha is a partner in the law firm of Jenner & Block LLP. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Shoba Pillay requests that Mr. Bhabha be granted leave to appear and practice *pro hac vice* on behalf of Defendant Massachusetts Institute of Technology in the above-captioned matter.

| | |
|---|---|
| Dated: July 18, 2025 | Respectfully submitted, |
| | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, |
| | */s/ Shoba Pillay* |
| | Shoba Pillay, BBO No. 659739 |
| | JENNER & BLOCK LLP |
| | 353 N Clark Street |
| | Chicago, IL 60654 |
| | Tel: (312) 222-9350 |
| | SPillay@jenner.com |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Defendant Massachusetts Institute of Technology has conferred with counsel for Plaintiffs concerning the subject matter of this Motion and that Plaintiffs do not oppose this Motion.

*/s/ Shoba Pillay*
Shoba Pillay

## CERTIFICATE OF SERVICE

I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2025.

*/s/ Shoba Pillay*
Shoba Pillay

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SUSSMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*, <br><br> Defendants. | Case No. 25-cv-11826-RGS |

## CERTIFICATION IN SUPPORT OF
## UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Ishan K. Bhabha, hereby certify:

1. I submit this certification in support of Defendant Massachusetts Institute of Technology's Unopposed Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bar of the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2025

/s/ *Ishan K. Bhabha*
Ishan K. Bhabha (D.C. Bar # 1015673; NY Bar # 4812194)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6327
Fax: (202) 639-6066
IBhabha@jenner.com