IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SUSSMAN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*,<br><br>        Defendants. | Case No. 25-cv-11826-RGS |

**UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF LAUREN J. HARTZ**

Now comes Shoba Pillay, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Lauren J. Hartz as counsel for Defendant Massachusetts Institute of Technology.

Ms. Hartz is a partner in the law firm of Jenner & Block LLP.  She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Shoba Pillay requests that Ms. Hartz be granted leave to appear and practice *pro hac vice* on behalf of Defendant Massachusetts Institute of Technology in the above-captioned matter.

Dated: July 18, 2025                    Respectfully submitted,

                                        MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

                                        */s/ Shoba Pillay*
                                        Shoba Pillay, BBO No. 659739
                                        JENNER & BLOCK LLP
                                        353 N Clark Street
                                        Chicago, IL 60654
                                        Tel: (312) 222-9350
                                        SPillay@jenner.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Defendant Massachusetts Institute of Technology has conferred with counsel for Plaintiffs concerning the subject matter of this Motion and that Plaintiffs do not oppose this Motion.

                                        */s/ Shoba Pillay*
                                        Shoba Pillay

## CERTIFICATE OF SERVICE

I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2025.

/s/ Shoba Pillay
Shoba Pillay

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| WILLIAM SUSSMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*, <br><br> Defendants. | Case No. 25-cv-11826-RGS |

**CERTIFICATION IN SUPPORT OF**
**UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Lauren J. Hartz, hereby certify:

1. I submit this certification in support of Defendant Massachusetts Institute of Technology's Unopposed Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bar of the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 18, 2025                              /s/ *Lauren J. Hartz*
                                                  Lauren J. Hartz
                                                  (D.C. Bar #1029864; ME Bar #005444)
                                                  JENNER & BLOCK LLP
                                                  1099 New York Avenue. NW, Suite 900
                                                  Washington, DC 20001
                                                  Tel: (202) 637-6363
                                                  Fax: (202) 639-6066
                                                  LHartz@jenner.com