UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff,<br><br>    Defendants. | Case No. 25-CV-11826-RGS |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND RESPONSIVE PLEADING DEADLINE**

Defendants Massachusetts Institute of Technology ("MIT") and Michel DeGraff, through their undersigned counsel, move the Court for entry of an order extending the deadline for responsive pleadings through and including September 25, 2025. In support of this motion, Defendants state as follows:

1.  Plaintiffs filed their Complaint on June 25, 2025. It asserts federal and state law claims against MIT and Professor Michel DeGraff. *See* ECF No. 1.

2.  Through an unopposed motion, MIT previously sought and obtained an extension of time through and including August 18, 2025, to file its responsive pleading. *See* ECF Nos. 4 & 5.

3.  On July 11, 2025, Mark Kleiman wrote Plaintiffs' counsel and explained that he and Jonathan Wallace had only recently been engaged by Professor DeGraff and requested a 30-day extension of time in which to file a responsive pleading, to which Plaintiffs' counsel graciously assented.

4. Professor DeGraff now requires an additional extension of time through and including September 25, 2025. The additional time was necessitated by the terminal illness of one of Mr. Kleiman's dearest friends, of 43 years' duration, who died on August 8, while in hospice care at the City of Hope Medical Center in Duarte, California. Her only caretaker was her adult son, who Mr. Kleiman has known since he was nine years old. Between the 2–2 ½ hour round trip, long visits, and errands for his friend and her son, Mr. Kleiman got very little legal work on this and on many other matters done during the last month of his friend's life. Mr. Kleiman explained this to Plaintiffs' counsel, who very kindly consented to a further extension of time up to 45 days for Professor DeGraff to file his responsive pleadings.

5. Defendants submit that a single responsive deadline for both Defendants serves the interests of efficiency and economy, preserves judicial and party resources, and avoids piecemeal litigation to the extent possible.

6. Accordingly, Defendants seek to extend their responsive deadlines through and including September 25, 2025, bringing both Defendants' deadlines for a responsive pleading onto the same date and streamlining proceedings moving forward. This represents a 38-day further extension for both Defendants, slightly shorter than 45 days, based on Professor DeGraff's gracious assent to MIT's request to avoid a deadline on Yom Kippur.

7. The parties have conferred regarding these matters, and Plaintiffs' counsel does not oppose extending the responsive pleading deadline for both Defendants through and including September 25, 2025. Defendants understand that Plaintiffs intend to seek an extension of time until October 27, 2025, for their opposition to the forthcoming motions to dismiss, which Defendants do not oppose.

Wherefore, Defendants request that the Court enter an order extending the responsive pleading deadline for both MIT and Professor DeGraff through and including September 25, 2025.

Dated: August 16, 2025

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

 /s/ Ishan K. Bhabha

Ishan K. Bhabha (*pro hac vice*)
IBhabha@jenner.com
(202) 637-6327
Lauren J. Hartz (*pro hac vice*)
LHartz@jenner.com
(202) 637-6363
JENNER & BLOCK LLP
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001

Respectfully submitted,

PROFESSOR MICHEL DeGRAFF

/s/ *Mark Kleiman*

Mark Allen Kleiman (*pro hac vice* pending)
mark@krlaw.us
(310) 392-5455
KLEIMAN RAJARAM
12121 Wilshire Boulevard  Suite 810
Los Angeles, California 90025

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The parties have conferred concerning the subject matter of this motion, and Plaintiffs' counsel stated via email that Plaintiffs do not oppose the relief requested herein.

*/s/ Ishan Bhabha*
Ishan Bhabha

## CERTIFICATE OF SERVICE

I, Ishan Bhabha, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 16, 2025.

*/s/ Ishan Bhabha*
Ishan Bhabha
