AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| William Sussman, Lior Alon, and the Louis D. Brandeis )<br>*Plaintiff* )<br>v. )<br>Massachusetts Institute of Technology and Michael DeGraff )<br>*Defendant* ) | Case No.  1-25-CV-11826-RGS |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Michael DeGraff                                                                                      .

Date:    09/05/2025

                                                                                    Mahsa Khanbabai
                                                                                    *Attorney's signature*

                                                                         Mahsa Khanbabai, 639803
                                                                         *Printed name and bar number*
                                                                         KHANBABAI IMMIGRATION LAW

                                                                              115 Main street, Suite 1B

                                                                              ~~North Easton, MA 02356~~
                                                                                        *Address*

                                                                           mahsa@mk-immigration.com
                                                                                   *E-mail address*

                                                                                 (508) 297-2065
                                                                                 *Telephone number*

                                                                                    *FAX number*