# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, John Doe and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No. 1:25-cv-11826-RGS |

## JOHN DOE'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

John Doe respectfully moves this Court for leave to allow him to proceed under a pseudonym in this matter. John Doe also proposes to use pseudonyms for the individuals who harassed and discriminated against him (e.g., Professor Richard Roe and Student A and Student B). Counsel for John Doe has met and conferred with counsel for the Defendants regarding the relief sought in this motion. Counsel for Defendant MIT does not consent to this motion. Counsel for Defendant Michel DeGraff has reserved its rights pending its review of the motion and supporting declaration.

The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law and the Declaration of John Doe (to be filed under seal in unredacted form upon permission of the Court), include the following:

1. John Doe reasonably fears for his safety and the safety of his partner due to his past experiences with harassment, discrimination, threats, violence, and

retaliation.

2. John Doe fears further retaliation if his identity is made public, including with respect to the greater MIT community, which has already driven another plaintiff in this lawsuit to leave MIT. There were also "terror maps" distributed on the MIT campus in April 2025 calling for violence against Jewish members of the MIT community. Further, on July 6, 2025, The Stata Center, which houses MIT's Computer Science and Artificial Intelligence Laboratory (CSAIL), was defaced with anti-Israel graffiti, including the spray painting of "Death to the IOF."[1] Significantly, this does not appear to have been an idle threat—when a suspect was later arrested, officers found homemade explosives in his car.

3. If John Doe's identity is made public, students and employees who have experienced similar incidents of harassment, bias, discrimination and retaliation at MIT will be deterred from seeking judicial relief.

4. MIT will not be prejudiced by anonymity, as it is already aware of John Doe's identity, and Plaintiffs propose to also use pseudonyms for the individuals John Doe accuses of discrimination and harassment.

5. The totality of the circumstances warrants anonymity.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion for leave to allow John Doe to proceed under a pseudonym.

---

[1] "IOF" is a slur used by anti-Israeli activists, which refers to the "Israeli Defense Forces" as the "Israeli Occupation Forces."

| Dated: September 17, 2025 | Respectfully submitted, |
|---|---|
| | **THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW** |
| | By: /s/ Philip Y. Brown |

**THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW**
Richard A. Rosen*
Paul M. Eckles*
Rebecca Harris*
1330 Ave of the Americas, 23rd floor
New York, NY 10019
Telephone: (202) 559-9296
rrosen@brandeiscenter.com
peckles@brandeiscenter.com
rharris@brandeiscenter.com

**BROWN COUNSEL, LLC**
Philip Y. Brown (BBO #552366)
Amelia R. Gray (BBO #675632)
One Marina Park Drive, 1410
Boston, MA 02210
Telephone: (617) 683-1500
pbrown@browncounsel.com
agray@browncounsel.com

*Attorneys for Plaintiffs
William Sussman, Lior Alon, John Doe &
The Louis D Brandeis Center Coalition to
Combat Anti-Semitism*

**White & Case LLP**
Jonathan D. Polkes*
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jonathan.polkes@whitecase.com

Rachel Rodman*
701 Thirteenth Street, NW

Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
rachel.rodman@whitecase.com

*Attorneys for Plaintiff*
*The Louis D Brandeis Center Coalition to*
*Combat Anti-Semitism*

*Pro hac vice application forthcoming

## Local Rule 7.1 Certification

I do hereby certify that I conferred with counsel for MIT on September 16, 2025, by email and that counsel for MIT does not consent to this motion. I also conferred with counsel for Professor Michel DeGraff on September 15, 2025 by email and counsel for Professor DeGraff has reserved its rights pending its review of this motion and supporting declaration. Both MIT and DeGraff consent to the filing of an unredacted version of Doe's declaration under seal.

/s/ Paul M. Eckles
Paul M. Eckles

## Certificate of Service

I do hereby certify that on September 17, 2025, this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served by email and by first class mail postage prepaid, to those indicated as non-registered participants (to the extent there are any) on September 17, 2025.

*/s/Philip Y. Brown*

Philip Y. Brown

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, John Doe and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff,<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No. 1:25-cv-11826-RGS |

## [PROPOSED] ORDER

Upon consideration of John Doe's Motion for Leave to Proceed Under a Pseudonym, it is hereby ORDERED that the Motion is GRANTED and that:

1. Plaintiff John Doe may proceed in this case under a pseudonym; and

2. Defendants are prohibited from publicly identifying John Doe in court filings, or otherwise.

ORDERED this _____ day of September, 2025.

                                                          BY THE COURT:

                                                          _____