## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, John Doe and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>  Plaintiffs,<br><br>  v.<br><br>Massachusetts Institute of Technology, and Michel DeGraff<br><br>  Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No.<br>1:25-cv-11826-RGS<br><br>**[PUBLIC VERSION]** |

## DECLARATION OF JOHN DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

I, ███████████████, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify to them.

2. I submit this declaration in support of my Motion for Leave to Proceed Under a Pseudonym as John Doe.

3. I am Jewish and Israeli and the grandson of Holocaust survivors. I have a PhD in a scientific field from a prestigious university in Israel. I was invited by a prominent professor at MIT in my scientific field to be a postdoctoral associate in the fall of 2023.

## The Harassment and Discrimination

4. As alleged in more detail in the First Amended Complaint, after a successful first year in the professor's lab, I was targeted by new graduate students who joined the lab in the fall of 2024. They harassed me because I am Jewish and Israeli. They targeted me with constant negative and hostile comments about Jews and Israelis. They treated me like a pariah and eventually began refusing to acknowledge my presence in the lab. Students spoke of creating a covert plan to destroy my relationship with my partner to prevent more Jewish babies. Students spread false rumors about my purported cruelty during my Israeli military service (even though I never served in the Israeli military). The professor joined in the harassment, including by singling me out in front of a group as an example of someone who "cannot see the suffering of Palestinians" (even though I had never

2

spoken of Palestinians or the situation in the Middle East with the professor or anyone else in the lab).

    5.     The professor ultimately told me I would need to leave the lab because the graduate students could not stand to be in the presence of a Jew.  I reported the anti-Semitic harassment and discrimination in the lab to the Associate Head of the Department and the Department's Human Resources Manager.  I met with the Associate Head of the Department in person, over the phone and on zoom approximately seven times to discuss the hostile anti-Semitic climate in the lab and the harassment and discrimination I was experiencing.  Despite all these conversations and reports of anti-Semitism in the lab, they took no action to address the anti-Semitism, to stop the harassment and discrimination, or to protect me from further harm.  During this time, the situation got progressively worse and more hostile, and the professor ultimately terminated my position early.

**<u>The Retaliation</u>**

    6.     After I reported the harassment and discrimination in writing, the professor immediately and publicly removed me from group distribution lists.  He also deleted any trace of me and my contributions from his group's website, which is not the standard practice for former postdoctoral associates and graduate students.

    7.     I have also learned that the professor has said vile things about me and smeared me within my scientific community, including saying false and terrible things about me to professors at other universities to which I was applying for a tenured professorship.

8.  During this same time period, I have also experienced multiple attempts to hack into several of my email accounts, which has been traced to the IP address of one of the graduate students in the professor's lab. I received a notification that the recovery email on one of my personal accounts had been changed to what appears to be one of the graduate student's email addresses. The password on the hacked account was also changed, preventing me, to this day, from being able to access the account to reset my login credentials.

9.  The professor knows where I live and the students know where I park my car and the route I take from my parking spot to my working space. I am worried about how their retaliation may escalate if my allegations against them are made public.

**The Dangers from the Greater MIT Community**

10. I am also particularly worried about dangers posed by the larger MIT community if my involvement is made public. As detailed in the First Amended Complaint, there have been recent calls for violence against Jews on campus.

11. I have every reason to believe these threats are real and will be directed at me if my involvement becomes public. I have already been assaulted by protesters in a parking garage who shoved me against a wall. I also found an anti-Israel flyer on my windshield when I parked in an MIT parking lot (and there were no such flyers on any other cars in the parking lot).

## The Impact on Me and My Partner

12. Based on these events, I fear for my physical safety and the safety of my partner. I also fear for my mental health.

13. These events and threats bring back powerful and scary memories. I grew up in Israel and lived through the horrors of the second intifada. My teacher was among the civilians murdered in the terror attacks. When I was in the third grade, while sitting in class, I learned that a childhood friend had been killed in a terrorist attack.

14. In 2007, I was injured in a rocket attack while walking home from school. In 2008, I was injured in a rocket strike in the parking lot of my school.

15. The following year, my school was closed for several months due to ongoing rocket fire. I was forced to leave the city temporarily and several of my classmates' homes were hit by rockets. I endured significant emotional and psychological trauma during this time.

16. On October 7, 2023, a childhood friend of mine was kidnapped by Hamas and later murdered in captivity. On that day, a professor that I viewed as a role model was brutally murdered, along with his wife, by Hamas terrorists. I was, and remain, deeply affected by the atrocities of that day.

17. Hearing calls for "intifada" on the MIT campus, just days after October 7, 2023, brought to life my worst nightmares.

18. Compounded with the harassment, discrimination, and retaliation I personally have experienced, the threats already have had a profound impact on my

physical and emotional well-being. I have endured months of sleepless nights, emotional distress, and ongoing anxiety. I have experienced a deterioration in my mental health, including feelings of alienation, depression, and deep humiliation. I have developed acne and stress-related eating disorders, which intensified during the peak of these events. I have faced severe burnout and mental fatigue due to the hostile work conditions and constant emotional pressure.

19. I am also concerned that if my identity is publicly revealed, I could lose my current position at MIT. I was already fired for reporting anti-Semitism and had to obtain a position in another department at MIT. I fear losing my current position if MIT retaliates again. MIT has given me no reason to believe they will protect me in such a scenario. I am particularly concerned about losing my job because I am the sole provider for my disabled mother.

20. I am also concerned about potential retaliation directed at my partner. The professor and the graduate students in his lab know my partner's identity and where she works.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this __16th__ day of September 2025 in Cambridge, Massachusetts.

_____
Dr. ███████████