IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETSS

| | |
|---|---|
| William Sussman, Lior Alon, and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No. 1:25-cv-11826 |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO ADMIT
REBECCA L. HARRIS *PRO HAC VICE***

Pursuant to Local Rule 85.3.3, undersigned counsel for William Sussman, Lior Alon, and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism ("Plaintiffs"), respectfully requests leave to admit attorney Rebecca L. Harris as counsel *pro hac vice* for Plaintiffs in the above-captioned matter. Defendants assent to this Motion. In support of this Motion, undersigned counsel states as follows:

1. Attorney Rebecca L. Harris is a Litigation Staff Attorney at The Louis D. Brandeis Center for Human Rights Under Law, based in New York, New York. See Affidavit of Rebecca L. Harris, dated September 17, 2025 (Harris Aff.) ¶ 1, filed herewith.

2. Attorney Harris is licensed to practice law in the State of New York and the USDC for the Southern District of New York. She is in good standing in every jurisdiction in which she has been admitted to practice and is not the subject of

1

disciplinary proceedings pending in any jurisdiction in which she is admitted to practice.  Harris Aff. ¶ 2.

3. Attorney Harris has not previously had a *pro hac vice* (or any other) admission to this Court revoked or rejected for misconduct.  Harris Aff. ¶ 3.

4. Attorney Harris has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.  Harris Aff. ¶ 4.

WHEREFORE, the undersigned counsel respectfully requests that the Court admit attorney Rebecca L. Harris as counsel *pro hac vice* for Plaintiffs in the above-captioned matter and grant any other relief it deems just and proper.

Dated:  September 17, 2025

Respectfully submitted,
William Sussman, Lior Alon, and
The Louis D. Brandeis
Center Coalition to
Combat Anti-Semitism,
By their attorneys,


*/s/ Philip Y. Brown*

Philip Y. Brown (BBO #552366)
Amelia R. Gray (BBO #675632)
Brown Counsel, LLC
One Marina Park Drive, Suite 1410
Boston, Massachusetts 02210
(617) 683-1500
pbrown@browncounsel.com
agray@browncounsel.com

**Local Rule 7.1 Certification**

  I do hereby certify that I conferred with counsel for MIT on July 17, 2025, by email and counsel for MIT assented to this motion. I also conferred with counsel for Professor Michel DeGraff on September 16, 2025 by email and counsel for Professor DeGraff assented to this motion.

              */s/ Philip Y. Brown*

              Philip Y. Brown

**Certificate of Service**

  I do hereby certify that on September 17, 2025, this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served by email and by first class mail postage prepaid, to those indicated as non-registered participants (to the extent there are any) on September 17, 2025.

              */s/ Philip Y. Brown*

              Philip Y. Brown