## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

William Sussman, Lior Alon, and The Louis D Brandeis Center Coalition to Combat Anti-Semitism,

     Plaintiff,

  v.

Massachusetts Institute of Technology and Michel DeGraff.

     Defendants.

Case No. 1:25-cv-11826

## <u>MOTION TO ADMIT ATTORNEY RADHIKA SAINATH</u>
## <u>PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3</u>

Ragini N. Shah, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Radhika Sainath, to appear and practice in this case as counsel for the prospective *amicus curiae* Palestine Legal. In support of this motion, undersigned counsel states as follows:

1.  I am an attorney admitted to practice and in good standing before this Court, and have appeared in this action.

2.  I move for the admission *pro hac vice* of Ms. Sainath, of the non-profit legal and advocacy organization Palestine Legal to appear before this Court.

3.  As set forth in the accompanying certification, Ms. Sainath is a member in good standing of the bars of New York and California; there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; and she has read and agrees to comply with the local rules of this Court.

4.      Ms. Sainath has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Radhika Sainath to appear before the Court in this matter *pro hac vice.*

Dated: September 22, 2025                        Respectfully submitted,

*/s/Ragini N. Shah*
Ragini N. Shah
Suffolk University Law
School Immigrant Justice Clinic

120 Tremont Street
Suite 150E
Boston, MA 02108
Tel (617) 305-1651

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 22, 2025.


*/s/Ragini N. Shah*
Ragini N. Shah