UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff,<br><br>    Defendants. | Case No. 25-CV-11826-RGS |

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel of record for Defendant Massachusetts Institute of Technology in the above-captioned action.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA  02110
617-481-0160
dcloherty@clohertysteinberg.com

*Attorney for Defendant Massachusetts Institute of Technology*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 8, 2025.

                                            */s/ Daniel J. Cloherty*
                                            Daniel J. Cloherty