UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff,<br><br>        Defendants. | Case No. 25-CV-11826-RGS |

### DECLARATION OF JAREN D. WILCOXSON IN SUPPORT OF DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT

Jaren D. Wilcoxson hereby states as follows:

1.      I serve as Counsel in the Office of the General Counsel at Massachusetts Institute of Technology ("MIT"). I make this declaration in support of MIT's Partial Motion to Dismiss Plaintiffs' Amended Complaint. I have personal knowledge of the contents of this declaration and could testify thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiff Lior Alon and MIT President Sally Kornbluth from October 19, 2023, to October 20, 2023. Exhibit 1 is quoted in the Amended Complaint at paragraphs 80 and 82.

3.      Attached as **Exhibit 2** is a true and correct copy of the October 21, 2023 statement of MIT President Sally Kornbluth, titled *Video transcript: How we treat each other*, available on MIT's public website at http://president.mit.edu/writing-speeches/video-transcript-how-we-treat-each-other. Exhibit 2 is quoted in the Amended Complaint at paragraph 82.

4. Attached as **Exhibit 3** is a true and correct copy of email correspondence from Plaintiff Lior Alon to MIT President Sally Kornbluth and others dated June 17, 2024. Exhibit 3 is quoted in the Amended Complaint at paragraph 104 and further referenced at paragraph 105.

5. Attached as **Exhibit 4** is a true and correct copy of one of the flyers that was distributed on MIT's campus in April 2025. Exhibit 4 is quoted in the Amended Complaint at paragraph 47 and further referenced at paragraphs 2, 48, 49, and 61.

6. Attached as **Exhibit 5** is a true and correct copy of the August 28, 2024 statement of MIT President Sally Kornbluth, titled *Rejecting antisemitism*, available on MIT's public website at https://president.mit.edu/writing-speeches/rejecting-antisemitism. Exhibit 5 is quoted in the Amended Complaint at paragraph 49.

7. Attached as **Exhibit 6** is a true and correct copy of the June 11, 2025 statement of MIT President Sally Kornbluth, titled *Rejecting antisemitism and targeting*, available on MIT's public website at https://president.mit.edu/writing-speeches/rejecting-antisemitism-and-targeting. Exhibit 6 is quoted in the Amended Complaint at paragraphs 54 and 55, and further referenced at paragraph 53.

8. Attached as **Exhibit 7** is a true and correct copy of the July 8, 2025 statement of MIT President Sally Kornbluth, titled *Deeply troubling campus incident*, available on MIT's public website at https://president.mit.edu/writing-speeches/deeply-troubling-campus-incident. Exhibit 7 is quoted in the Amended Complaint at paragraph 58.

9. Attached as **Exhibit 8** is a true and correct copy of a May 24, 2024 article by Michel DeGraff, titled *MIT's Orwellian language masks its stance on Gaza protests*, available on *Le Monde diplomatique*'s public website at https://mondediplo.com/outside-in/mit-gaza. Exhibit 8 is

quoted in the Amended Complaint at paragraphs 100, 101, and 102, and further referenced at paragraph 448.

10. Attached as **Exhibit 9** is a true and correct copy of a June 13, 2024 article by Michel DeGraff, titled *Is MIT's #MindHandHeart for a #BetterWorld compatible with its "vibrant" complicity in Israel's genocide of Palestinians in Gaza?*, available on *The Tech*'s public website at https://thetech.com/2024/06/13/degraff-linguistics-pro-pal. Exhibit 9 is cited and linked in the Amended Complaint at paragraph 103, footnote 11.

11. Attached as **Exhibit 10** is a true and correct copy of posts published on the social media platform X by William Sussman and Michel DeGraff from November 9, 2024 to November 11, 2024. The posts in Exhibit 10 are quoted and/or referenced in the Amended Complaint at paragraphs 115, 116, 118, and 129.

12. Attached as **Exhibit 11** is a true and correct copy of email correspondence between William Sussman, MIT Vice Chancellor for Student Life Suzy Nelson, and others from November 10, 2024 to November 13, 2024. Exhibit 11 is quoted in the Amended Complaint at paragraphs 119 and 128, and further referenced at paragraph 139.

13. Attached as **Exhibit 12** is a true and correct copy of email correspondence between William Sussman, MIT Chief of Police John DiFava, and others from November 11, 2024 to November 12, 2024. Exhibit 12 is quoted in the Amended Complaint at paragraphs 130 and 138.

14. Attached as **Exhibit 13** is a true and correct copy of email correspondence between William Sussman, an Institute Discrimination and Harassment Response Office ("IDHR") staff member, and others from November 10, 2024, to November 14, 2024. Exhibit 13 is quoted in the Amended Complaint at paragraph 152 and further referenced at paragraph 151.

15. Attached as **Exhibit 14** is a true and correct copy of email correspondence between William Sussman, President Sally Kornbluth, and others on November 12, 2024. Exhibit 14 is referenced in the Amended Complaint at paragraph 138.

16. Attached as **Exhibit 15** is a true and correct copy of email correspondence between William Sussman, an IDHR staff member, and others from December 16, 2024, to January 13, 2025. Exhibit 15 is quoted in the Amended Complaint at paragraphs 155, 156, and 157.

17. Attached as **Exhibit 16** is a true and correct copy of the January 27, 2025 letter from a Human Resources staff member to William Sussman. Exhibit 16 is referenced in the Amended Complaint at paragraph 160.

18. Exhibits 1, 3, and 11-16 bear certain redactions. The names of non-party MIT community members are redacted, except where the individual is discussed by name in the Amended Complaint as an MIT official acting in the scope of their duties, or where the individual was the sender of a communication incorporated in the Amended Complaint. In addition, personal contact information has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

/s/ [signature]