# EXHIBIT 1

| | |
|---|---|
| **From:** | Sally Kornbluth |
| **Sent:** | Fri 10/20/2023 1:07:26 PM (UTC) |
| **To:** | Lior Alon    sally.kornbluth |
| **Subject:** | Re: Calls for terror acts on campus |

Dear Lior,

I appreciate your outreach and share your concern. This matter has our full attention.

Sincerely,
Sally


Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue, Room
Cambridge, MA  02139-4307

---

**From:** Lior Alon
**Date:** Thursday, October 19, 2023 at 11:29 PM
**To:** sally.kornbluth
**Subject:** Calls for terror acts on campus

Dear president,
I'm sorry to approach you directly. This is an urgent matter.
My name is Lior Alon, a postdoctoral associate in the mathematics department.
I also send my kids to the MIT daycare, and I am truly afraid.

There was a clear and concrete **call for terror acts today at MIT**, in a demonstration in front of the student house. A large group of people were calling out loud and repeatedly

"**one solution, intifada**".

I can send several videos of this event if needed.

As an Israeli, I experienced two Intifadas in my life, the first in 1987-1993 and the second 2000-2005. Although I am sure you are aware of that, "Intifada" refers to a violent uprising involving terror attacks against Israeli and Jewish civilian targets. These dark periods in the history of Israel involved hundreds of suicide attacks on public transportation, hotels, restaurants, malls, and many other civilian mass gatherings. See a sample of these attacks here:
https://en.wikipedia.org/wiki/List_of_Palestinian_suicide_attacks

I am expressing here not only my concerns but the concerns of many Israelis and Jewish people on campus. We are truly afraid for our lives and for the lives of our children, right here on campus.

Please make sure that our campus stays the safe place it used to be.
With great respect,

Lior

Lior Alon, MIT
https://www.lioralon.net