# EXHIBIT 3

| | |
|---|---|
| **From:** | Lior Alon ▮ |
| **Sent:** | Mon 6/17/2024 1:07:37 PM (UTC) |
| **To:** | sally.kornbluth▮ |
| **Cc:** | ▮ |
| **Subject:** | Urgent: Harassment and Defamation by Professor Michel DeGraff |

Dear President Kornbluth,

I hope this email finds you well. My name is Lior Alon, and I am a postdoc in the Mathematics Department at MIT. I am also an Israeli and a Jew. I am writing to inform you about a deeply distressing situation at MIT in which I have been subjected to anti-Semitic harassment and defamation by a professor, including online doxing which has made me and my family fear for our safety.

As background, I grew up in Israel during both the First and Second Intifadas. The First Intifada occurred when I was between the ages of 0-6, and the Second Intifada when I was 13-18. On October 7th, I tragically lost a childhood friend who was killed by terrorists while protecting his family, and the fiancée of another childhood friend who was brutally killed at the Nova festival. Both were initially reported missing, and it was only on October 10th that we received confirmation of their deaths.

On October 9th, I witnessed an anti-Israeli demonstration on campus, including in Building 2 where my office is located. This demonstration deeply hurt me. On October 25th, I was interviewed by Fox News following a campus demonstration with heavy chants for Intifada, which deeply concerned me, especially since my ▮ ▮ attends daycare here at MIT. I expressed that these chants made me feel unsafe in my workplace and my ▮ daycare environment.

Over the past month, the following incidents took place:

    1. 2. On April 23rd, while walking from my ▮ daycare to my office, I attempted to walk through the encampment which was between the daycare and my office, but was asked to leave by an administrator and a police officer. I was excluded from this part of campus by your administration because I am Israeli and Jewish.

    3. On May 6, an Israeli flag was defaced with bloody handprints.

    4. Later on May 6, I walked into the encampment, but when I tried to leave, a group of people blocked the exit and would not let me pass. I was only able to leave after I called for police assistance.

    5. Subsequently, an MIT professor, Michel DeGraff posted videos on social media with my face, name and personal information including my Israeli military service, and edited them to portray a false narrative,

including accusations of racism that are unfounded and deeply hurtful

As a result, I have been aggressively confronted by people I do not know outside of MIT, including at the grocery store and my ▮▮▮▮▮ daycare. Because of these postings, I have experienced unwarranted hostility, significant distress, harm to my reputation and fear for my safety.

I respectfully request that **the administration immediately request that Professor De Graff take down the posts of me** and if he does not do so, to take disciplinary action against him. I also request that the administration investigate these matters and take appropriate action to ensure a safe and respectful environment for Jewish and Israeli community members and all MIT community members.

Thank you for your attention to this serious issue. I am available to provide further information and discuss this matter at your earliest convenience.

Sincerely,
Lior Alon
Postdoc, Mathematics Department
MIT