# EXHIBIT 4

# MAP OF MIT CAMPUS



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ★ | You are here! | 3 | Lincoln Labs & ISN | 6 | Center for Transportation and Logistics | 9 | Leaders in Global Operations (LGO) |
| 1 | Computer Science and Artificial Intelligence Lab | 4 | Lab for Information and Decision Systems | 7 | Energy Initiative | 10 | Schwarzmann College of Computing |
| 2 | Department of Biological Engineering | 5 | Industrial Liaison Program | 8 | International Science and Technology Initiatives | 11 | Koch Buildings |

From the river to the sea, Palestine will be free!    Resistance is justified when people are colonized!

Case 1:25-cv-11826-RGS    Document 47-5    Filed 10/08/25    Page 3 of 3

1. **Computer Science and Artificial Intelligence Lab (CSAIL):** Funded directly by the Israeli Ministry of Defense for the project "Coreset Compression Algorithms", which develops machine learning algorithms for drones used to murder Palestinians in Gaza and the West Bank.

2. **Department of Biological Engineering:** Renewed Israeli Ministry of Defense funding in 2024 for projects aiming to predict corrosion of military vehicles and surveilling taggants; this month, DARPA replied to department head's Tweet about the project, stating that they are very excited for the "many use cases".

3. **Lincoln Beaver Works and Institute for Soldier Nanotechnologies:** MIT is one of the only American universities to host multiple classified military labs for weapons development. Lincoln Laboratories currently holds a $20 billion contract over the 2015–2025 period and develops ballistics, surveillance, radar, and cyber-warfare technologies.

4. **Lab for Information and Decision Systems (LIDS):** Accepts Israeli Ministry of Defense funding for the project "Autonomous Robotic Swarms". Military applications of this project include drone bombings, surveillance of protests, and deployment of tear gas during Palestinian home demolitions.

5. **Industrial Liaison Program (ILP):** Elbit Systems, which manufacturers 85% of Israel's drone arsenal, is a corporate partner of the ILP. Elbit pays $80K per year to interface with MIT researchers, recruit students, and more.

6. **Center for Transportation and Logistics (CTL):** Maersk, which shipped 2500 tons of weapons to Israel in 2023, is a corporate partner of the CTL. In 2021, Maersk announced a "landmark agreement" regarding automation research at MIT, despite large-scale port worker strikes over such automation policies.

7. **Energy Initiative (MITEI):** Since 2006, fossil fuel companies have paid MITEI over $450M in exchange for research influence. In 2011, MITEI published a report advocating for natural gas as a 'bridge fuel', which was referenced by Obama to catalyze a major fracking boom. A 2022 Nature study proved that MITEI published more favorably on methane gas than the American Petroleum Institute. To this day, MITEI heavily promotes "false solutions" like carbon capture which are favored by the fossil fuel industry as a distraction and delay tactic.

8. **International Science and Technology Initiatives (MISTI):** From 2019 to 2024, MIT International Science and Technology Initiative Israel (MISTI) administered a Lockheed Martin Seed Fund to connect students and researchers at MIT to LM's projects in Israel.

9. **Leaders in Global Operations (LGO):** Caterpillar has been a partner of MIT in the Leaders for Global Operations (LGO) program since 2009. Caterpillar manufactures armored D9 bulldozers for the Israeli armed forces which are routinely used to demolish homes, factories, agricultural land, and civilian infrastructure in Palestine.

10. **Schwarzmann College of Computing:** The school received $350 million in funding from Stephen Schrawzman, the CEO of the Blackstone group. Blackstone is a key player in manufacturing the global housing affordability crisis, and Schrawzman has donated $27 million to Donald Trump and other politicians.

11. **Koch Buildings:** David Koch was a lifetime member of the MIT Corporation who donated over $100 million to MIT during his lifetime. Koch is a climate change denier and a major funder of right-wing causes, from tax cuts to deregulation.

**C4P Website:** https://mitsage.my.canva.site

**Research Primer:** http://bit.ly/4jAxzoG