# EXHIBIT 6

# Rejecting antisemitism and targeting

MIT President Sally Kornbluth

June 11, 2025

Dear members of the MIT community,

In my time as president, I have been very clear that protecting freedom of expression is deeply important to the intellectual health and vitality of MIT. I have also been clear that we absolutely reject antisemitism, and that activism that crosses over into the harassment and targeting of individuals is never acceptable.

Unfortunately, I write you now because several incidents – recent and ongoing – have violated these community standards.

On Monday, a number of stickers were discovered in the Infinite Corridor and Building 16 that carried very hostile messages. Some featured a Star of David, desecrated – as has been done through centuries of antisemitic propaganda.

We are investigating the incident. But let me state for the record now: This imagery is out of bounds in our community. Of course it is legitimate to criticize the actions of any government. But desecrating a religious symbol crosses a terrible line. It does not contribute to free discourse on our campus – but it does contribute to an atmosphere of fear.

We do not yet know who placed these stickers; these are public spaces, so it may or may not have been someone from MIT. But I hope it is clear to every member of our community that such an act is utterly unacceptable.

More broadly, over the course of months, several faculty, staff and students have been targeted and threatened in their workplace, in person and online. As I have explained before, this targeting centers on an unfair and willful public mischaracterization of their work.

These are fellow members of our community – just like you and me. They ought to be able to live and work here without fear.

No matter what cause you champion, targeting, threatening, intimidating and spreading false statements about members of the MIT community is unacceptable and potentially unlawful – and it has to stop. If we find that members of our community engaged in these activities, we will hold them responsible.

I truly hope we can strive together, as members of one community, to navigate even our deepest and most passionate disagreements with civility and respect.

Sincerely,

Sally Kornbluth

Contact    Accessibility

Massachusetts Institute of Technology
77 Massachusetts Avenue, Cambridge, MA, USA