# EXHIBIT 7

**MIT Office of the President**

Menu

Home / Writing & Speeches

# Deeply troubling campus incident

MIT President Sally Kornbluth
July 8, 2025

Dear members of the MIT community,

Though I regret having to interrupt what for many is a summer break, I must let you know about extremely troubling actions over the weekend.

On Sunday, the Stata Center was vandalized with spray-painted messages threatening Israelis who serve or have served in the military. The graffiti was signed by the Direct Action Movement for Palestinian Liberation (DAMPL), an external entity. This DAMPL action on our campus was only one of several that occurred this weekend in the Boston area and beyond. A social media account tied to DAMPL takes credit for the vandalism and makes outrageous and inaccurate accusations about the work of CSAIL Director Daniela Rus.

I need to be clear on two points.

First, the safety of our community is paramount. We reject calls for violence, and we embrace and support all members of our community. At my direction, MIT Police Chief John DiFava has increased patrols on campus and around Stata, and is working closely with outside law enforcement, including the FBI, to investigate this incident and enhance campus security. We will press for criminal charges for those responsible. Though we believe this was the work of outsiders, if the responsible party is found to be a member of the MIT community, we will also take disciplinary action.

Second, I want to offer a firm defense of Professor Rus. As I wrote last December, she and other MIT researchers have faced repeated and willful mischaracterizations of the content and purpose of their work. This is open, publishable, fundamental research. Suggestions that Professor Rus's research is designed for conflict are untrue. Those protesting her work are calling on MIT to terminate funding for a research project she led with the University of Haifa. For the record, the grant in question had a fixed four-year timeline and ended as planned – and unrelated to any pressure – in November 2024, making these unlawful actions not only reprehensible but pointless as well.

We must not, and we will not, tolerate threats of violence and targeted vandalism on our campus. And we will work closely with the authorities to hold those responsible accountable.

Sincerely,

Sally Kornbluth

Contact    Accessibility

Massachusetts Institute of Technology
77 Massachusetts Avenue, Cambridge, MA, USA