# EXHIBIT 10

x.com/realWillSussman/status/1855257298421088393?s=46

### Post

**Will Sussman** ✓
@realWillSussman

An @MIT professor posted extremely dangerous rhetoric about MIT Hillel, as well as @HillelIntl, @ChabadOnCampus, @israelcc, and other Jewish student life organizations. These groups represent the majority of Jews on campus, and he accuses them of funding a "mind infection."

**Jewish student life organizations**

- Many Jewish students have complained that Hillel, Chabad on Campus, and Olami co-opt Jewish student life and have turned their opportunity for lifelong connection into a political project.
- Hillel, Chabad, and Olami participate in multiple, contradictory projects: building Jewish spiritual life, building solidarity with Israel, and targeting critics of Israel.
- These groups' commitment to Israel is motivated in part by the tens of millions of dollars they receive annually from organizations directly connected to the Israeli government.
- Received a combined 66 million dollars over 2 years from Mosaic United, a program funded by the Israeli government (2016-2018)
- Longtime public partnerships with Israeli-government funded organizations
   - Masa Israel Journey
   - Taglit-Birthright
   - Jewish Agency for Israel

micheldegraff Last week's lecture by Nurit @PeledElhanan at our People's Seminar on language & linguistics for decolonization & liberation in Haiti, Palestine & Israel opened our eyes on the workings of Israeli education as settler-colonial Zionist "mind infection" for the Nazification of Palestinians. This week's lecture by Holly Jackson opened our eyes on anti-Palestinian "mind infection" in newsrooms and campuses. On our campuses this "mind infection" (= settler-colonial Zionist propaganda + violations of free speech & other attacks on pro-Palestinian students) is funded by millions from the Israeli government, some of it through organizations such as Hillel, Chabad, Olami & Canary Mission. At @MIT the Vice-President of @MITHillel is the Dean of Student Life who's among the administrators orchestrating punishments against pro-Palestinian students — these punishments now include the banning of @MITwrittenRevolution & the suspension of one of its chief editors @LilPayLoad (see @MIT_CAA's IG feed). Since Israel is the largest recipient of aid from the US, this entails that our taxpayers' dollars are being mis-used for our mis-education & indoctrination into hatred, including antisemitism. For more details, please read:

9:33 AM · Nov 9, 2024 · **60.7K** Views





 x.com/micheldegraff/status/1855709443071345132?s=46

 ← Post

 Michel DeGraff
@MichelDeGraff

The text you cite is by @ElhananNurit @HebrewU who has published about Israeli education as "mind infection" in scholarly journals. @WillSussmanPhD & @GadSaad PhD can guide you in the process of challenging scholarly publications in scientific venues.
huji.academia.edu/NuritPeledElha…

3:29 PM · Nov 10, 2024 · **839** Views

x.com/micheldegraff/status/1855714647585837468?s=46

### Post

**Michel DeGraff**
@MichelDeGraff

Please correct the "lie" in the appropriate venue: have the articles recalled by publishers — ask @WillSussmanPhD & @GadSaad for guidance

3:50 PM · Nov 10, 2024 · **118** Views

x.com/micheldegraff/status/1855723177789264324?s=46



 x.com/micheldegraff/status/1855976487414845809?s=46



### Post

**Michel DeGraff**
@MichelDeGraff

Indeed, I'm learning a lot from @WillSussmanPhD about "extreme dangerous rhetoric" which one recurrent theme in my linguistic research for the past couple of decades. The thread started by @WillSussmanPhD —who, I just discovered, does not hold a PhD—is an excellent case study. 🙏

9:10 AM · Nov 11, 2024 · **368** Views