# **EXHIBIT 11**

| | |
|---|---|
| **From:** | John DiFava |
| **Sent:** | Wed 11/13/2024 3:13:27 PM (UTC) |
| **To:** | David Warren Randall |
| **Cc:** | Will Sussman |
| **Subject:** | Re: Urgent assistance needed |

Will,

Detective ▓▓▓▓ will be reaching out.

Regards,

John
Sent from my iPhone

> On Nov 13, 2024, at 10:11 AM, David Warren Randall ▓▓▓▓ wrote:
>
> Hi Will,
> Trimming down the thread by moving folks to bcc. Do you, or anyone else, have specific information about who distributed these?
>
> _____
> DAVID RANDALL, PhD
> Dean of Student Life
> Division of Student Life | MIT
> ▓▓▓▓ | Building ▓▓▓▓ | DoingWell
>
> Need to schedule an appt? Contact ▓▓▓▓
>
> ---
> **From:** Will Sussman ▓▓▓▓
> **Date:** Wednesday, November 13, 2024 at 9:56 AM
> **To:** John DiFava ▓▓▓▓
> **Cc:** Melissa Nobles ▓▓▓▓, Suzy Nelson ▓▓▓▓, David Warren Randall ▓▓▓▓, Moriah Silver ▓▓▓▓
> **Subject:** Re: Urgent assistance needed
>
> Dear Chief DiFava:
>
> They have escalated, violating the sanctity of a grad dorm (attached). Note in particular that they refer to my tweets: "This article and the author were banned from MIT after Zionists tweeted about it…"

Not only is this a coordinated campaign to shut me up, it is the inevitable result of Prof. DeGraff putting a target on my back. As a reminder, his seminar is today at noon.

Will

**From:** Will Sussman
**Date:** Tuesday, November 12, 2024 at 4:46 PM
**To:** Melissa Nobles ███████ Suzy Nelson ███████
**Cc:** ███████ John DiFava ███████ David Warren Randall ███████, Moriah Silver ███████
**Subject:** Re: Urgent assistance needed

Dear Chancellor Nobles and Dean Nelson:

Today I filed for a Harassment Prevention Order in Cambridge District Court. The judge denied it because Prof. DeGraff has not "laid hands on" me, and therefore it did not (yet) meet the bar for statutory harassment. (Ruling attached.)

Therefore, the burden falls on MIT to handle this matter. As far as I know, Prof. DeGraff remains allowed to use me as an example of Jewish "mind infection" in his seminar tomorrow at noon. I invited President Kornbluth to attend, or send a member of senior administration such as the provost, to witness the rhetoric that I believe is extremely dangerous. There is already a fake Twitter account impersonating me: x.com/susswillmanphd.

I urge you to consider the consequences of inaction, both for me and for MIT.

Thank you,
Will Sussman

**From:** Suzy Nelson ███████
**Date:** Monday, November 11, 2024 at 8:44 AM
**To:** Will Sussman ███████
**Cc:** ███████ Melissa Nobles ███████
**Subject:** Re: Urgent assistance needed

Dear Will, I am sorry to see this exchange and understand the stress it is likely causing you. As you know, we have many support resources at MIT, and I hope you will consider taking advantage of them. In the meantime, I will share this exchange with Human Resources for consideration of next

steps. And if you are concerned with issues of physical safety, you can always contact MITPD, with whom I have also shared the email exchange. Without condoning Professor DeGraff's behavior, you may also wish to avoid further engagement with him on social media in response.

Best, Suzy


Suzy M. Nelson, Ph.D.
Vice Chancellor
Division of Student Life
Massachusetts Institute of Technology
77 Massachusetts Avenue
Building
Cambridge, Massachusetts 02139-4307
Phone:
Fax:
http://studentlife.mit.edu/

This message is intended to be delivered to the addressee(s). Should you receive this message by mistake, please inform me of the error, delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your assistance.


**From:** Will Sussman
**Date:** Sunday, November 10, 2024 at 4:31 PM
**To:** Melissa Nobles                    , Suzy Nelson
**Cc:**
**Subject:** Re: Urgent assistance needed

Dear Chancellor Nobles and Dean Nelson:

Prof. DeGraff just acknowledged receipt of my request, while flagrantly ignoring it: https://x.com/MichelDeGraff/status/1855723177789264324

Please take appropriate action immediately.

Thank you,
Will Sussman

**From:** Will Sussman
**Date:** Sunday, November 10, 2024 at 4:16 PM
**To:** Melissa Nobles                         Suzy Nelson

**Cc:** ███████████

**Subject:** Urgent assistance needed

Dear Chancellor Nobles and Dean Nelson:

As you know, earlier today I asked Prof. DeGraff to leave me alone. Since then, he has directed his audience of 10,000+ strangers at me:
https://x.com/MichelDeGraff/status/1855714647585837468

Please ask him to stop.

Thank you,
Will Sussman