# EXHIBIT 12

| | |
|---|---|
| **From:** | Will Sussman |
| **Sent:** | Tue 11/12/2024 1:47:04 PM (UTC) |
| **To:** | David Warren Randall |
| **Subject:** | Re: Request for a restraining order |

Thanks David, at the recommendation of ▮▮▮▮ can you give me a call? ▮▮▮▮

> On Nov 12, 2024, at 7:16 AM, David Warren Randall ▮▮▮▮ wrote:
>
> Hi Will
> Thank you for sharing this. I know you have consulted with MIT Police this weekend but we are exploring other options today. More to come.
>
> David Randall
> Dean of Student Life
> Division of Student Life | MIT
>
> Sent from my iPhone
>
>> On Nov 12, 2024, at 12:32 AM, Will Sussman ▮▮▮▮ wrote:
>>
>> Dear all,
>>
>> I have done my best to update the PowerPoint with several additional emails, beginning on slide 15.
>>
>> As I said at the very beginning, his rhetoric is extremely dangerous. My mother is worried that he is going to get me killed. And it appears that his seminar about me will proceed as planned on Wednesday.
>>
>> With trepidation,
>> Will
>>
>> **From:** Will Sussman ▮▮▮▮
>> **Date:** Monday, November 11, 2024 at 4:59 PM
>> **To:** John DiFava ▮▮▮▮
>> **Cc:** Suzy Nelson ▮▮▮▮ Melissa Nobles ▮▮▮▮ David Warren Randall ▮▮▮▮



**Subject:** Re: Request for a restraining order

Dear Chief DiFava,

Thank you for getting back to me. Please help me understand: If I was a female student, and a male faculty member made repeated advances on Twitter, and I asked him to leave me alone; but instead, he continued to make advances, and forwarded my cease & desist request to his entire department, promising to make me the subject of his seminar — would that be sexual harassment, warranting a restraining order (or similar)? And if so, why is the non-sexual case any different?

Best,
Will

**From:** John DiFava
**Date:** Monday, November 11, 2024 at 12:56 PM
**To:** Will Sussman
**Cc:**
**Subject:** Re: Request for a restraining order

Dear Will,

I am very sorry you find yourself in this situation and thank you for reaching out. After careful examination by myself and Detective ███████████ of the documentation you provided we feel that there is not sufficient evidence which would cause the court to issue any type of stay away or harassment prevention order. I know you most probably find this response distressing but the courts have a very strict standard for the issuance of this type of order. If you have additional information that shows escalation please do not hesitate to reach out.

Respectfully,

John DiFava
Sent from my iPhone

> On Nov 11, 2024, at 9:46 AM, Will Sussman ███████████ wrote:
>
> To whom it may concern:
>
> MIT Professor Michel DeGraff is putting me (a Jewish student) in danger by directing an antisemitic mob

toward me (see attached). At the suggestion of Dean Suzy Nelson (CC'd), I request a restraining order.

Thank you,
Will Sussman

&lt;DeGraff_v3.pptx&gt;