# EXHIBIT 13

| | |
|---|---|
| **From:** | Meg Chuhran |
| **Sent:** | Thu 11/14/2024 3:50:53 PM (UTC) |
| **To:** | Will Sussman |
| **Cc:** | Martha Collins |
| **Subject:** | Re: [Maxient] IR #00001483 Formal complaint - Online/Digital - 11/10/2024 |

Hi Will,

Thank you for submitting your formal complaint. We have reviewed your complaint and the additional information you provided with our campus partners, and we have found that this situation is best handled by Human Resources. As such, I have cc'ed Martha Collins in Central HR and she will follow up with you. Both of our offices appreciate that you have taken the time to let us know about this situation. We also understand that you might be interested in discussing a mutual no-contact arrangement between yourself and Prof. DeGraff. If you remain interested in exploring that, please let us know and we will work to facilitate that discussion.

As always, please let us know if there's any support we can assist you with.

Kindly,
Meg


**If this is an emergency, please call the MIT Police 617-253-2300.**

**Meg Chuhran, LCSW (she, her)**
Manager of Office Operations & Case Management
Institute Discrimination & Harassment Response Office
Massachusetts Institute of Technology
120 Massachusetts Ave,


**From:** William Arthur Sussman (via Maxient)
**Date:** Sunday, November 10, 2024 at 10:14 PM
**To:** Meg Chuhran
**Subject:** [Maxient] IR #00001483 Formal complaint - Online/Digital - 11/10/2024

#00001483
Secondary recipient (you were copied)

### IDHR Formal Complaint Form
**Background Information**
Nature of this report
**Formal complaint**
Urgency of this report
**Normal**
Date of incident

2024-11-10
Time of incident

Location of incident
**Online/Digital**

**Involved Parties**
**William Sussman** () Complainant/Victim
**Michel DeGraff** () Respondent/Accused
▇▇▇▇▇▇▇▇ () Respondent/Accused

**Description of Conduct**
If you believe that an MIT community member has engaged in "Discrimination" or "Discriminatory Harassment", please select all applicable policies below.
**Harassment (based on protected class), Stalking, Retaliation (based on protected class)**

Specific to Employee Respondents ONLY: If you believe that an MIT employee has engaged in "Other Inappropriate Conduct", please select all of the applicable policies below.
**Personal Conduct and Responsibilities Towards Students and Employees, Harassment not based on protected class, Retaliation - not based on protected class**

In the space below, please describe the conduct that you believe violated an MIT policy. Be as clear as possible in your description of the conduct and include, if applicable, the date, time, and location of the conduct.

Please note that you will have an opportunity to share additional details during an initial review of the complaint or during an investigation.
**1. Professor DeGraff posted on Instagram accusing MIT Hillel of funding a "mind infection."**
**2. At 9:33 AM on November 9, I posted a screenshot of Prof. DeGraff's public statement.**
**3. At 5:47 PM on November 9, Prof. DeGraff directed his 10.8K followers to my account.**
**4. At 8:31 AM on November 10, Prof. DeGraff directed his 10.8K followers to my account again.**
**5. At 1:47 PM on November 10, I emailed Prof. DeGraff, "Please leave me alone."**
**6. At 3:29 PM on November 10, Prof. DeGraff directed his 10.8K followers to my account again.**
**7. At 3:50 PM on November 10, Prof. DeGraff directed his 10.8K followers to my account again.**
**8. At 4:24 PM on November 10, Prof. DeGraff directed his 10.8K followers to my account again.**
**9. At 5:09 PM on November 10, Prof. DeGraff replied to my email.**
**10. At 6:03 PM on November 10, Prof. DeGraff forwarded his reply, including my request to "Please leave me alone." to the entire linguistics department.**
**11. At 7:14 PM on November 10, ▇▇▇▇▇▇▇ replied to the entire linguistics department with "A little background on this guy."**
**12. At 7:41 PM on November 10, Prof. DeGraff replied to the entire linguistics department announcing that I would be the subject of his "seminar on Wednesday."**
**13. At 7:49 PM on November 10, ▇▇▇▇▇▇▇ replied to the entire linguistics department, "I look forward to continuing the exchange in the seminar."**

Please indicate your interest in the Investigation Process.
**Yes, please contact me to discuss supportive measures and the Investigation Process**

Please indicate your interest in the Adaptable Resolution Process. (*The Adaptable Resolution Process is only available when a student is involved as a Complainant or Respondent).
**I am not interested at this time.**

I understand that by clicking the submit button at the bottom of this page, I am submitting this formal complaint and I can certify that the information I have provided is true to the best of my knowledge.
**Yes**

**Supporting Documentation**
degraff.pptx
*For added security, these links will expire in 10 days. The attachments will remain accessible when viewing the report within Maxient.*

**Submitted By**
Your full name
**William Arthur Sussman**
MIT affiliation
**Graduate Student**
Your email address

Your phone number

Your physical address

**[UNAUTHENTICATED]**

**Routing Information**
Primary recipient:
**Moriah Silver (Manager of Investigations)**
Copied recipients:
• Sarah Rankin
•
•
•
• Meg Chuhran
• Moriah Silver
•
•
•
•
Text msg recipients: None
Originating IP address:
Submitted through IR layout #2

Processed by routing rule #2. Routed to Moriah Silver, Manager of Investigations.

Message sent by Maxient
Replies will be sent to the submitter (█████████)