# EXHIBIT 14

| | |
|---|---|
| **From:** | Will Sussman |
| **To:** | Aaron R Weinberger |
| **Cc:** | Sally Kornbluth; David Warren Randall |
| **Subject:** | Re: Personal invitation to seminar |
| **Date:** | Tuesday, November 12, 2024 10:39:00 PM |

Hi Aaron,

Thanks for the reply, and safe travels to President Kornbluth.

Best,
Will

**From:** Aaron R Weinberger ███████████████
**Date:** Tuesday, November 12, 2024 at 6:08 PM
**To:** Will Sussman ███████████████
**Cc:** Sally Kornbluth ███████████████, David Warren Randall ███████████████
**Subject:** Re: Personal invitation to seminar

Dear Will,

Sally's in Asia with limited availability, so I'm responding to let you know that we both share your concern. I understand you're in communication with members of the administration, including David and Chief DiFava. We're taking the issue seriously, working closely with leadership in SHASS. Please remain in contact with David if you need support.

Best,
Aaron

~~~~~

Aaron Weinberger
Chief of Staff
Office of the President, MIT
███████████

**From:** Will Sussman ███████████████
**Sent:** Tuesday, November 12, 2024 9:23 AM
**To:** Sally Kornbluth ███████████████
**Cc:** David Warren Randall ███████████████
**Subject:** Personal invitation to seminar

Dear President Kornbluth,

I hear that you've been copied on Prof. DeGraff's latest department-wide email thread, which began with my request for him to "Please leave me alone." He says that I will be the subject of his [seminar](#) tomorrow, as a case study of Jewish "mind infection."

Assuming the seminar is allowed to proceed as planned, I invite you to attend and see for yourself how a faculty member is harassing a student from another department. Alternatively, I ask that you send a member of senior administration, especially the provost. My mother is worried that Prof. DeGraff is going to get me killed, and I need the administration to understand why this is not hyperbole.

The seminar is 12–2pm on Wednesday in E51-095.

Thanks for your consideration,
Will

CC: David Randall