# EXHIBIT 15

| | |
|---|---|
| **From:** | Moriah Silver |
| **Sent:** | Mon 1/13/2025 6:30:18 PM (UTC) |
| **To:** | Will Sussman |
| **Cc:** | Martha Collins |
| **Subject:** | RE: Notice of Initial Assessment and Investigation Process |

Dear Will,

I hope you are well. I hope you had a good Winter Break and apologize for our delay in responding. We needed time after returning from break to thoroughly review and assess your ongoing concern that Prof. DeGraff's behavior implicated a discriminatory policy violation. IDHR's decision to refer an investigation to HR and not to pursue a discrimination investigation is not subject to appeal. Nevertheless, we have conducted a further review of the email you reference, along with the larger social media exchange and emails that followed, to account for your position on this matter.

The email you reference indicates that Prof. DeGraff would "continue exploring in class the larger linguistic and political envelopes of the sort of tactics started by @WillSussmanPhD on X/Twitter. This is such a helpful real-life case study to illustrate the issues we have been discussing in the seminar." The email does not suggest that Prof. DeGraff is treating you differently because you are Jewish. Rather, it states that the "tactics" you "started" on X/Twitter are a possible case study of linguistic and political issues being discussed in the seminar. In Prof. DeGraff's first social media post on this subject, he noted that his use of the term "mind infection" in this context refers to "settler-colonial Zionist propaganda + violations of free speech + other attacks on Pro-Palestinian students," which, in Prof. DeGraff's view, is funded by the Israeli government through several organizations. This post referenced a guest speaker at Prof. DeGraff's seminar, who later stated in an email that the term "mind infection" refers to "Israeli racist education." In another post, Prof. DeGraff notes that an individual at another institution has "published about Israeli education as 'mind infection' in scholarly journals…" In short, it appears that Prof. DeGraff's use of the "mind infection" term relates to his views of the Israeli government, its education system, and how its "propaganda" about the Israeli-Palestinian conflict has impacted the discourse and events on U.S. college campuses.

We understand that Prof. DeGraff's language and statements are deeply offensive to you, and as you know HR is investigating whether Prof. DeGraff violated MIT policies, including its harassment policy. However, we do not believe there is sufficient basis to conclude that Prof. DeGraff's decision to use your social media/email exchanges as a case study was based on your Jewish identity so as to warrant an investigation into protected class discrimination.

Thank you,
Moriah

**Moriah Silver**
**Manager of Investigations**
**Institute Discrimination and Harassment Response Office**
Massachusetts Institute of Technology
120 Massachusetts Ave., ▮▮▮ (brick building next to the student center – corner of Mass Ave & Vassar)
Cambridge, MA 02139

 | idhr.mit.edu

Pronouns: she, her, hers

 

*This message may contain confidential information. If you received this message in error or were not the addressee, please advise me by emailing a reply and then kindly delete the message.*

---

**From:** Will Sussman
**Sent:** Saturday, January 4, 2025 10:26 PM
**To:** Martha Collins
**Cc:** idhr
**Subject:** Re: Notice of Initial Assessment and Investigation Process

Dear Martha,

Happy New Year! I hope you had a good break.

Unfortunately, my break was disturbed by additional public harassment by Prof. DeGraff on X, YouTube, Instagram, and Facebook.

Here is just a sample of his recent posts, some of which **use my name, refer to me, link to my account, and/or interact with my account**:

- On December 29, 2024 at 5:31 PM, DeGraff posted on X, "… 'mind infection' among Israeli children who are still being turned into monsters."
    - https://x.com/MichelDeGraff/status/1873497079806616040
- On January 3, 2025 at 3:27 PM, DeGraff again posted "Mind infection" on X, and linked to a YouTube video which he begins by saying, "This 10-minute video you're about to watch analyzes a small fraction of the Zionist war with words, words that aid and abet Israel's genocide of Palestinians in Gaza. This language war took a most personal turn on the X social media platform on November 9, 2024 in a public thread started by a public figure." (He is referring to me, but I am not a public figure.) He also posted the video on Instagram and Facebook.
    - https://x.com/MichelDeGraff/status/1875277930634604666
    - https://www.youtube.com/watch?v=qNqCzdEN1WQ
    - https://www.instagram.com/reel/DEWKOpBiMCH/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA==
    - https://www.facebook.com/reel/993986639212141
- On January 3, 2025 at 4:30 PM, DeGraff commented on one of my old X posts (dated November 18, 2024), additionally linking to my account using my name, and then shared his comment so that his followers would see it: "Dear @WillSussmanPhD, I hope you'll find some educational value in my reply to @realDailyWire article by @KassyAkiva that you reposted. Of course I'll appreciate any factual corrections to the content of my reply & to any related material in my seminar."
    - https://x.com/MichelDeGraff/status/1875293676404142414

- On January 4, 2025 at 7:39 PM, DeGraff posted on X a link to a YouTube Short containing what appears to be audio from the lecture for which he is under investigation.
    - https://x.com/MichelDeGraff/status/1875703594298830937
    - https://www.youtube.com/shorts/40D5KI2tBkw

I emphasize that this list is not exhaustive. For example, he has also posted about "Zionism = Judaism."

This raises several issues:
1. As you know, I specifically requested that DeGraff "Please leave me alone," yet he has not stopped, even as he is under investigation.
2. Your letter states, "Please note that the Institute prohibits retaliation. Retaliation is any adverse action, harassment, threats, or other conduct that would discourage a reasonable person from making a report or participating in a complaint review process." I believe DeGraff's actions toward me constitute retaliation.
3. I do not want this new charge to delay the process for the charges I have already filed.
4. The YouTube Short suggests that DeGraff has at least the audio from the lecture under investigation. Not only is there a risk that he will destroy the rest of the tape, but there is the distinct possibility that he will publicly share the portion that uses me as a subject.
5. DeGraff's actions are plainly antisemitic. I have inquired multiple times about the status of the parallel IDHR investigation "based on a protected class," but I have not received an answer.

Please address each of these issues in your reply.

Thank you,
Will Sussman

**From:** Martha Collins
**Date:** Monday, December 16, 2024 at 12:45 PM
**To:** Will Sussman
**Cc:**
**Subject:** Re: Notice of Initial Assessment and Investigation Process

So sorry. Here it is.

**From:** Will Sussman
**Date:** Monday, December 16, 2024 at 12:33 PM
**To:** Martha Collins
**Cc:**
**Subject:** Re: Notice of Initial Assessment and Investigation Process

Hi Martha,

I don't see any attachments. Could you re-send?

Thanks,
Will

---

**From:** Martha Collins ▮
**Date:** Monday, December 16, 2024 at 12:25 PM
**To:** Will Sussman ▮
**Cc:** ▮
**Subject:** Notice of Initial Assessment and Investigation Process

Dear Will:

Please see attached.

Martha Collins
Director, Employee and Labor Relations
Human Resources
MIT