# **EXHIBIT 16**



77 Massachusetts Avenue
Cambridge, MA 02139–4307
hr.mit.edu

January 27, 2025

Will Sussman

Dear Will:

I am writing to notify you that MIT HR is closing the investigation of the MIT Policies & Procedure Section 9.8 formal complaint you filed against Michele DeGraff, about which you both received notice on December 16, 2024. This action is being taken because you informed investigators on January 17, 2025, that you had left MIT and that you were not available to meet as part of the investigatory process.

Please let me know if you have any questions. I wish you the best in your future endeavors.

Sincerely,

*Martha Collins*

Martha Collins
Director, Labor & Employee Relations


cc:

Ramona Allen