# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, and The Louis D Brandeis Center Coalition to Combat Anti-Semitism,<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff.<br><br>Defendants. | Case No. 1:25-cv-11826 |

### MOTION FOR LEAVE TO FILE AMICUS BRIEF OF PALESTINE LEGAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

In accordance with Local Rule 7.1(b)(3), proposed amicus curiae, Palestine Legal, respectfully requests leave to file the attached amicus brief in support of Defendants' Motions to Dismiss. In furtherance of this motion, Palestine Legal states as follows:

1. Palestine Legal, a project of Tides Center, is a legal organization dedicated to protecting the civil and constitutional rights of people in the U.S. who speak out for Palestinian freedom. Palestine Legal tracks incidents of censorship and efforts to suppress expression supporting Palestinian rights, including through the misuse of Title VI of the Civil Rights Act of 1964 to censor speech critical of Israel's treatment of Palestinians. Palestine Legal has represented hundreds of students at universities across country engaging in the speech and expression at issue in this litigation and has successfully defended the First Amendment rights of students protesting Israel's treatment of

1

Palestinians. *See, e.g.*, *Univ. of Md. Students for Just. in Palestine v. Bd. of Regents of the Univ. Sys. of Md.*, No. 24-2683 PJM, 2024 U.S. Dist LEXIS 178359 (D. Md. Oct. 1, 2024).

2. Amicus Palestine Legal's brief will assist the court by supplementing the arguments in Defendant Massachusetts Institute of Technology's motion to dismiss by arguing, in part, that there is no violation of Title VI of the Civil Rights Act of 1964 where allegations pertain to protected political speech on a matter of public concern. Amicus Palestine Legal will argue that advocacy for Palestinian rights, including language that zealously criticizes Israel, is protected political speech on a geopolitical issue that does not target members of a protected group, and thus cannot ground a hostile environment claim merely because some students disagree with, are offended by, or feel isolated by the messages being expressed – and that finding otherwise would run afoul of the First Amendment and cast significant doubt on the constitutionality of Title VI.

3. The Court has discretion to permit the filing of amicus curiae briefs. *See Bos. Gas Co. v. Century Indem. Co.*, Civ. Action No. 02–12062–RWZ, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006) ("[C]ourts have inherent authority and discretion to appoint amici."). Amicus briefing is allowed "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4.      Defendant DeGraff consents to the relief requested by this motion. Plaintiffs and Defendant MIT take no position on the relief requested by this motion.

WHEREFORE, Palestine Legal respectfully requests that this Court grant leave to file the attached amicus brief.

Dated: October 9, 2025

Respectfully submitted,

/s/ *Radhika Sainath*
Radhika Sainath*
PALESTINE LEGAL
55 Exchange Pl
New York, NY 10005
(312) 964-2667
radhika@palestinelegal.org

Sabiya Shelly Ahamed*
PALESTINE LEGAL
55 Exchange Pl
Suite No. 402
New York, NY 10005
(312) 964-2667
sahamed@palestinelegal.org

*Admitted Pro Hac Vice*

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 9, 2025.

               /s/ *Radhika Sainath*
               Radhika Sainath