IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| William Sussman, Lior Alon, John Doe And The Louis D Brandeis Center Coalition to Combat Anti-Semitism, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Case No 1:25-cv-11826-RGS |
| Massachusetts Institute of Technology And Michel DeGraff, | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS
AND LEAVE TO FILE A SINGLE MEMORANDUM UP TO 60 PAGES**

Plaintiffs William Sussman, Lior Alon, and John Doe (the "Individual Plaintiffs"), and The Louis D Brandeis Center Coalition to Combat Anti-Semitism (the "Coalition") (collectively, "Plaintiffs), hereby move for leave to file a single opposition brief to Defendants' Motions To Dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) of not more than 60 pages.  Plaintiffs also move for an extension of time to file their opposition brief from October 22, 2025, to Monday, December 8, 2025. As grounds for this motion Plaintiffs state as follows:

1. Defendants Massachusetts Institute of Technology ("MIT") and Michel DeGraff ("DeGraff") each filed separate motions to dismiss and separate supporting briefs.  Each had been granted leave of Court, with no opposition from Plaintiffs, to file oversized briefs.   MIT's brief was 30 pages and DeGraff's brief was just over 33 pages long.

1

2. Plaintiffs propose filing a single opposition brief, addressing both Motions To Dismiss, and seek leave to enlarge the number of pages for their brief to 60. Taken together, MIT and DeGraff have presented the Court with over 63 pages of briefing. Plaintiffs believe that filing a single brief that addresses both MIT's and DeGraff's arguments will be a more efficient way to rebut their arguments and 60 pages places Plaintiffs on an equal briefing footing with Defendants.

3. Plaintiffs also seek leave to file their single opposition brief on December 8, 2025. This extension is necessary so that Plaintiffs can marshal their responses to the many arguments presented by Defendants as well as to accommodate various work schedules. This extension gives plaintiffs less time than Defendants had to formulate arguments since the initial Complaint was filed on June 25, 2025, the Amended Complaint was filed September 17, 2025, and Defendants filed their Motions to Dismiss on October 8, 2025.

4. The parties have conferred regarding these matters. MIT has assented to, and does not oppose, this motion. Plaintiffs understand that MIT intends to seek leave to file a reply brief of no more than 15 pages within two weeks from the filing of Plaintiffs' opposition brief, which Plaintiffs do not oppose. DeGraff does not assent to this motion, even though Plaintiffs agreed to the same extensions for Mr. DeGraff's motion to dismiss. *See* ECF 12 at ¶¶ 3, 7; ECF 38 ¶ 6 (noting Plaintiffs' consent to DeGraff's request for additional pages and extensions of time for motion to dismiss). Plaintiffs also offered to consent to DeGraff's motion for leave to file a reply and to agree to the same deadline and page limit as MIT's reply.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an order allowing them to file a single opposition brief of up to 60 pages, that the deadline for filing Plaintiffs' brief be extended up to and including December 8, 2025, and that the Court grant such other and further relief as it deems just and proper.

Dated:  October 20, 2025            Respectfully submitted,

**THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW**

By: */s/ Philip Y. Brown*

**THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW**
Richard A. Rosen (*pro hac vice*)
Paul M. Eckles (*pro hac vice*)
Rebecca L. Harris (*pro hac vice*)
1330 Ave of the Americas, 23rd floor
New York, NY 10019
Telephone:  (202) 559-9296
rrosen@brandeiscenter.com
peckles@brandeiscenter.com
rharris@brandeiscenter.com

**BROWN COUNSEL, LLC**
Philip Y. Brown (BBO #552366)
Amelia R. Gray (BBO #675632)
One Marina Park Drive, 1410
Boston, MA 02210
Telephone:  (617) 683-1500
pbrown@browncounsel.com
agray@browncounsel.com

*Attorneys for Plaintiffs*
*William Sussman, Lior Alon, John Doe &*
*The Louis D Brandeis Center Coalition to*
*Combat Anti-Semitism*

>White & Case LLP
>Jonathan D. Polkes*
>1221 Avenue of the Americas
>New York, New York 10020-1095
>Telephone: (212) 819-8200
>Facsimile: (212) 354-8113
>jonathan.polkes@whitecase.com
>
>Rachel Rodman*
>701 Thirteenth Street, NW
>Washington, DC 20005-3807
>Telephone: (202) 626-3600
>Facsimile: (202) 639-9355
>rachel.rodman@whitecase.com
>
>*Attorneys for Plaintiff*
>*The Louis D Brandeis Center Coalition to Combat Anti-Semitism*
>
>**Pro hac vice application forthcoming*

## Local Rule 7.1 Certification

I do hereby certify that I conferred via email with counsel for MIT on October 15 and October 20, 2025, and that MIT has assented to this motion.

>*/s/ Rachel Rodman*
>———————————————
>Rachel Rodman

I do hereby certify that I conferred with counsel for Michel DeGraff via email and telephone on October 17 and October 20, 2025, and that DeGraff does not assent to this motion.

>*/s/ Paul Eckles*
>———————————————
>Paul Eckles

## Certificate of Service

4

5

      I do hereby certify that on October 20, 2025, this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served by email and by first class mail postage prepaid, to those indicated as non-registered participants (to the extent there are any) on October 20, 2025.

                                              */s/ Philip Y. Brown*

                                              Philip Y. Brown