IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, John Doe, and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No. 1:25-cv-11826 |

### DECLARATION OF RACHEL RODMAN IN SUPPORT OF THE BRANDEIS CENTER'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Rachel Rodman, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a Partner at White & Case LLP, based in Washington, D.C. and I am submitting this declaration in support of the motion for leave to admit me *pro hac vice* for plaintiff The Louis D. Brandeis Center Coalition to Combat Anti-Semitism (the "Brandeis Center").

2. I am licensed to practice law in the state of Virginia, the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. Court of Appeals for the Third Circuit, and the U.S. Court of Appeals for the Fourth Circuit. I am in good standing in every jurisdiction in which I have been admitted to practice and am not the subject of disciplinary proceedings pending in any jurisdiction in which I am admitted to practice.

3. I have not previously had a *pro hac vice* (or any other) admission to this Court revoked or rejected for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. The Brandeis Center has requested that I represent them in connection with the above-captioned matter along with local counsel, Philip Y. Brown of Brown Counsel, LLC.

6. On the basis of the foregoing, I respectfully request that I be admitted to this Court *pro hac vice* for the purposes of participating in this matter.

*/s/ Rachel Rodman*

Rachel Rodman

Signed this 4th day of December, 2025