IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Sussman, Lior Alon, John Doe and The Louis D Brandeis Center Coalition to Combat Anti-Semitism<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology and Michel DeGraff<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action Case No. 1:25-cv-11826d |

**DECLARATION OF MARK DAVIES IN SUPPORT OF
THE BRANDEIS CENTER'S MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I, Mark Davies, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a Partner at White & Case LLP, based in Washington, D.C., and I am submitting this declaration in support of the motion for leave to admit me *pro hac vice* for plaintiff The Louis D. Brandeis Center Coalition to Combat Anti-Semitism (the "Brandeis Center").

2. I am licensed to practice law in the District of Columbia, the U. S. District Court for the District of Columbia, the U.S. Court of Appeals for the Federal Circuit as well as for the First, Third, Fourth, Fifth, Seventh, Ninth and Tenth Circuits, D. C. Circuit and the U.S. Supreme Court. I am in good standing in every jurisdiction in which I have been admitted to practice, and I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am admitted to practice.

3. I have not previously had a *pro hac vice* (or any other) admission to this Court revoked or rejected for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. The Brandeis Center has requested that I represent them in connection with the above-captioned matter along with local counsel, Philip Y. Brown of Brown Counsel, LLC.

6. On the basis of the foregoing, I respectfully request that I be admitted to this Court *pro hac vice* for the purposes of participating in this matter.

                                                  */s/ Mark Davies*
                                                  Mark Davies

Signed this 5th day of December, 2025