**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| WILLIAM SUSSMAN, et al., <br><br>      *Plaintiffs*, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY and MICHEL DEGRAFF, <br><br>      *Defendants*. | Case No. 1:25-cv-11826-RGS |

**JOINT MOTION FOR PROTECTIVE ORDER**

Plaintiff John Doe and Defendant Massachusetts Institute of Technology, by and through their respective undersigned counsel, jointly move this Court to enter a protective order in this case. The parties further request that this Court rule on the disputed language in Paragraphs 15 and 16 of their respective proposed orders, which are attached as Exhibits A and B. A document comparing Exhibit A to Exhibit B is attached as Exhibit C; Plaintiff's proposed changes to MIT's version appear as redlined edits under the name "Plaintiff Doe."

Date: May 15, 2026

Respectfully submitted,

*/s/ Paul M. Eckles*

Richard A. Rosen (*pro hac vice*)
rrosen@brandeiscenter.com
Paul M. Eckles (*pro hac vice*)
peckles@brandeiscenter.com
Rebecca L. Harris (*pro hac vice*)
rharris@brandeiscenter.com
THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW
1675 Broadway, Fl. 13
New York, NY 10019
332.278.9174

*/s/ Ishan K. Bhabha*

Ishan K. Bhabha (*pro hac vice*)
IBhabha@jenner.com
202.637.6327
Lauren J. Hartz (*pro hac vice*)
LHartz@jenner.com
202.637.6363
Elizabeth Henthorne (*pro hac vice*)
Bhenthorne@jenner.com
202.637.6367
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Ste. 900
Washington, DC 20001-4412

Jonathan D. Polkes (*pro hac vice*)
jonathan.polkes@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
212.819.8200

Rachel Rodman (*pro hac vice*)
rachel.rodman@whitecase.com
Mark Davies (*pro hac vice*)
mark.davies@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
202.626.3600

Veronica Gordon (*pro hac vice*)
veronica.gordon@whitecase.com
200 S. Biscayne Blvd.
Miami, Florida 33131
305.371.2700

Philip Y. Brown (BBO #552366)
pbrown@browncounsel.com
Amelia R. Gray (BBO #675632)
agray@browncounsel.com
BROWN COUNSEL, LLC
One Marina Park Drive, 1410
Boston, MA 02210
617.683.1500

*Attorneys for Plaintiff John Doe*

Daniel J. Cloherty (BBO# 565772)
dcloherty@clohertysteinberg.com
617.481.0610
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111

*Attorneys for Defendant Massachusetts Institute of Technology*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) AND 37.1(B)

I certify that counsel for the parties have conferred in a reasonable, good-faith effort to narrow or resolve the issues raised in this Motion.

/s/  Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)

## CERTIFICATE OF SERVICE

I certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2026.

/s/  Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)

3