**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| William Sussman, et al.,<br><br>Plaintiffs,<br><br>*v.*<br><br>Massachusetts Institute of Technology and Michel DeGraff,<br><br>Defendants. | Case No. 25-CV-11826-RGS |

**JOINT STATUS REPORT**

Defendant Massachusetts Institute of Technology ("MIT") and Plaintiff John Doe (collectively, "the Parties") respectfully submit this status report to update the Court on the status of the Parties' mediation efforts. On October 22, 2026, the Parties jointly requested that the Court stay deadlines in this matter pending mediation. The Court granted the motion in part, staying upcoming deadlines by 30 days and instructing the Parties to "request a further reasonable extension of this stay once they have a scheduled mediation date." Order, ECF No. 116. Under that Order, discovery is currently set to close on December 9, 2026. *See id.*

The Parties have now scheduled mediation for November 20, 2026. The Parties propose submitting a further status report on November 23, 2026, to update the Court on the status of settlement discussions, along with proposed next steps, including any request for additional extension of deadlines, if necessary.

[*signatures on following page*]

Dated: November 16, 2026

Respectfully submitted,

*<u>/s/ Paul M. Eckles</u>*
Richard A. Rosen (*pro hac vice*)
rrosen@brandeiscenter.com
Paul M. Eckles (*pro hac vice*)
peckles@brandeiscenter.com
Rebecca L. Harris (*pro hac vice*)
rharris@brandeiscenter.com
THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
1675 Broadway, Fl. 13
New York, NY 10019
332.278.9174

Jonathan D. Polkes (*pro hac vice*)
jonathan.polkes@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
212.819.8200

Rachel Rodman (*pro hac vice*)
rachel.rodman@whitecase.com
Mark Davies (*pro hac vice*)
mark.davies@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
202.626.3600

Veronica Gordon (*pro hac vice*)
veronica.gordon@whitecase.com
200 S. Biscayne Blvd.
Miami, Florida 33131
305.371.2700

Philip Y. Brown (BBO #552366)
pbrown@browncounsel.com
Amelia R. Gray (BBO #675632)
agray@browncounsel.com
BROWN COUNSEL, LLC
One Marina Park Drive, 1410
Boston, MA 02210
617.683.1500

*Attorneys for Plaintiff John Doe*

*<u>/s/ Elizabeth Henthorne</u>*
Ishan K. Bhabha (*pro hac vice*)
IBhabha@jenner.com
202.637.6327
Lauren J. Hartz (*pro hac vice*)
LHartz@jenner.com
202.637.6363
Elizabeth Henthorne (*pro hac vice*)
bhenthorne@jenner.com
202.637.6367
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Ste. 900
Washington, DC 20001-4412

Allison N. Douglis (*pro hac vice)*
ADouglis@jenner.com
212.303.2505
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711

Daniel J. Cloherty (BBO# 565772)
dcloherty@clohertysteinberg.com
617.481.0610
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111

*Attorneys for Defendant Massachusetts Institute of Technology*

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 16, 2026.

*/s/ Elizabeth Henthorne*
Elizabeth Henthorne